UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                            §
                                  §
ANDREA M. VINCENT                 §    Case No. 14-82260
                                  §
            Debtor                §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/22/2014 . The undersigned trustee was appointed on 07/22/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 35,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 17,084.23 |
| Bank service fees | | 113.75 |
| Other payments to creditors | | 2,959.99 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 14,842.03 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  07/23/2015  and the deadline for filing governmental claims was  07/23/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,250.00 , for a total compensation of $ 4,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 7.86 , for total expenses of $ 7.86 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/07/2016          By: /s/BERNARD J. NATALE
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-82260 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
| Case Name: | ANDREA M. VINCENT | | | | Date Filed (f) or Converted (c): | 07/22/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2014 |
| For Period Ending: | 06/07/2016 | | | | Claims Bar Date: | 07/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 1.00 | 0.00 | | 0.00 | FA |
| 2. Checking account at the Alpine Bank | 15.00 | 0.00 | | 0.00 | FA |
| 3. 4 rooms, TV, DVD, miscellaneous furniture | 500.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 6. Debtor injured November 2013 when a truck ran ov | 15,000.00 | 14,955.78 | | 35,000.00 | FA |
| 7. 2000 Honda Civic; Debtor paid $300.00 for it 4 y | 1,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $16,866.00 | $14,955.78 | | $35,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE WAITING FOR 1 CHECK TO MEDICAL LIEN CLAIMANT FROM SETTLEMENT OF PERSONAL INJURY CASE TO CLEAR TRUSTEE'S ACCOUNT PRIOR TO PREPARATION OF FINAL REPORT.

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 07/31/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-82260 | Trustee Name: BERNARD J. NATALE |
| Case Name: ANDREA M. VINCENT | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8079 |
| | Checking |
| Taxpayer ID No: XX-XXX3978 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 06/07/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $14,895.55 | | $14,895.55 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $14,885.55 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.13 | $14,863.42 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.39 | $14,842.03 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $14,895.55 | $53.52 |
| Less: Bank Transfers/CD's | $14,895.55 | $0.00 |
| Subtotal | $0.00 | $53.52 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $53.52 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                     Page Subtotals:    $14,895.55    $53.52

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 14-82260 | Trustee Name: | BERNARD J. NATALE |
| Case Name: ANDREA M. VINCENT | Bank Name: | Rabobank, N.A. |
| | Account Number/CD#: | XXXXXX66 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX3978 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: 06/07/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/15 | 6 | MacCloskeyKesler & Associates LLP IOLTA Trust Account 308 W State Street Suite 200 Rockford, IL 61101 | Payment of Settlement Funds in PI Cause of Action | 1142-000 | $14,955.78 | | $14,955.78 |
| 01/07/16 | 6 | MacCloskeyKesler & Associates LLP 308 W State Street Suite 200 Rockford, IL 61101 | Payment of Settlement Funds in PI Cause of Action | 1142-000 | $20,044.22 | | $35,000.00 |
| 01/20/16 | 101 | MacCloskeyKesler & Associates LLP 308 W State Street Suite 200 Rockford, IL 61101 | Pymt of Special Counsel's Contingent Fees | 3210-000 | | $16,666.66 | $18,333.34 |
| 01/20/16 | 102 | MacCloskeyKesler & Associates LLP 308 W State Street Suite 200 Rockford, IL 61101 | Pymt of Special Counsel's Costs | 3220-000 | | $417.57 | $17,915.77 |
| 01/20/16 | 103 | Blue Cross Blue Shield | Pymt of Medical Lien | 4210-000 | | $2,790.46 | $15,125.31 |
| 01/20/16 | 104 | IHFS | Pymt of Medical Lien | 4210-000 | | $169.53 | $14,955.78 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $38.00 | $14,917.78 |
| 02/24/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $22.23 | $14,895.55 |
| 02/24/16 | | Transfer to Acct # xxxxxx8079 | Transfer of Funds | 9999-000 | | $14,895.55 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $35,000.00 | $35,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $14,895.55 |
| Subtotal | $35,000.00 | $20,104.45 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $35,000.00 | $20,104.45 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $35,000.00 $35,000.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66  - Checking Account | $35,000.00 | $20,104.45 | $0.00 |
| XXXXXX8079 - Checking | $0.00 | $53.52 | $14,842.03 |
|  | $35,000.00 | $20,157.97 | $14,842.03 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $35,000.00 |
| Total Gross Receipts: | $35,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:14-82260-TML  
Debtor Name: ANDREA M. VINCENT  
Claims Bar Date: 7/23/2015  

Date: June 7, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $4,250.00 | $4,250.00 |
| TRTE EXP 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $7.86 | $7.86 |
| ATTY 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $2,112.50 | $2,112.50 |
| ATTY EXP 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $25.89 | $25.89 |
| SPCOUN 199 3210 | MacCloskeyKesler & Associates LLP<br>308 W State Street Suite 200<br>Rockford, IL  61101 | Administrative | | $0.00 | $16,666.66 | $16,666.66 |
| SPCOU EXP 199 3220 | MacCloskeyKesler & Associates LLP<br>308 W State Street Suite 200<br>Rockford, IL  61101 | Administrative | | $0.00 | $417.57 | $417.57 |
| 1 620 7200 | BSLBV<br>Attn: Laura Baluch<br>6833 Stalter Drive<br>Rockford, IL  61108 | Unsecured | | $0.00 | $17,532.99 | $17,532.99 |
| 2 620 7200 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, IL  60181 | Unsecured | | $0.00 | $224.71 | $224.71 |
| 3 620 7200 | Joyce O'Neill Austin<br>515 N. Court Street<br>Rockford, IL  61103 | Unsecured | | $0.00 | $2,865.41 | $2,865.41 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:14-82260-TML    Date: June 7, 2016
Debtor Name: ANDREA M. VINCENT
Claims Bar Date: 7/23/2015

|  | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| MEDLIEN 9504210 | Blue Cross Blue Shield | Secured | Medical Lien | $0.00 | $2,790.46 | $2,790.46 |
| MEDLIEN 9504210 | IHFS | Secured | Medical Lien | $0.00 | $169.53 | $169.53 |
|  | Case Totals |  |  | $0.00 | $47,063.58 | $47,063.58 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2    Printed: June 7, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-82260
Case Name: ANDREA M. VINCENT
Trustee Name: BERNARD J. NATALE

Balance on hand $ 14,842.03

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| MEDLIEN | IHFS | $ 169.53 | $ 169.53 | $ 169.53 | $ 0.00 |
| MEDLIEN | Blue Cross Blue Shield | $ 2,790.46 | $ 2,790.46 | $ 2,790.46 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 14,842.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 4,250.00 | $ 0.00 | $ 4,250.00 |
| Trustee Expenses: BERNARD J. NATALE | $ 7.86 | $ 0.00 | $ 7.86 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 2,112.50 | $ 0.00 | $ 2,112.50 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 25.89 | $ 0.00 | $ 25.89 |
| Other: MacCloskeyKesler & Associates LLP | $ 16,666.66 | $ 16,666.66 | $ 0.00 |
| Other: MacCloskeyKesler & Associates LLP | $ 417.57 | $ 417.57 | $ 0.00 |

  Total to be paid for chapter 7 administrative expenses    $  6,396.25

  Remaining Balance    $  8,445.78

  Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

NONE

  Tardily filed claims of general (unsecured) creditors totaling $ 20,623.11 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 41.0 percent.

  Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BSLBV | $ 17,532.99 | $ 0.00 | $ 7,180.28 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Commonwealth Edison Company | $ 224.71 | $ 0.00 | $ 92.03 |
| 3 | Joyce O'Neill Austin | $ 2,865.41 | $ 0.00 | $ 1,173.47 |
| | Total to be paid to tardy general unsecured creditors | | | $ 8,445.78 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE