# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### WESTERN **DIVISION**

In re:          §
          §
ANDREA M. VINCENT     §     Case No. 14-82260
          §
     Debtor         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                 Assets Exempt: 18,266.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 11,405.77     Claims Discharged
                                          Without Payment: 41,327.33

Total Expenses of Administration: 23,594.23

3) Total gross receipts of $ 35,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 35,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 2,959.99 | $ 2,959.99 | $ 2,959.99 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 23,594.23 | 23,594.23 | 23,594.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,150.00 | 20,623.11 | 20,623.11 | 8,445.78 |
| **TOTAL DISBURSEMENTS** | $ 29,150.00 | $ 47,177.33 | $ 47,177.33 | $ 35,000.00 |

4)  This case was originally filed under chapter 7 on  07/22/2014 .  The case was pending for 26 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/23/2016                    By:/s/BERNARD J. NATALE
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor injured November 2013 when a truck ran ov | 1142-000 | 35,000.00 |
| **TOTAL GROSS RECEIPTS** | | $ 35,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blue Cross Blue Shield | 4210-000 | NA | 2,790.46 | 2,790.46 | 2,790.46 |
| | IHFS | 4210-000 | NA | 169.53 | 169.53 | 169.53 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 2,959.99 | $ 2,959.99 | $ 2,959.99 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 4,250.00 | 4,250.00 | 4,250.00 |
| BERNARD J. NATALE | 2200-000 | NA | 7.86 | 7.86 | 7.86 |
| Associated Bank | 2600-000 | NA | 53.52 | 53.52 | 53.52 |
| Rabobank, N.A. | 2600-000 | NA | 60.23 | 60.23 | 60.23 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 2,112.50 | 2,112.50 | 2,112.50 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 25.89 | 25.89 | 25.89 |
| MacCloskeyKesler & Associates LLP | 3210-600 | NA | 16,666.66 | 16,666.66 | 16,666.66 |
| MacCloskeyKesler & Associates LLP | 3220-610 | NA | 417.57 | 417.57 | 417.57 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 23,594.23 | $ 23,594.23 | $ 23,594.23 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barrick, Switzer, Long, et. al. 6833 Stalter Drive Rockford, IL 61108 | | 25,000.00 | NA | NA | 0.00 |
| | Beloit Health System 1905 E. Huebbe Pkwy. Beloit, WI 535111842 | | 200.00 | NA | NA | 0.00 |
| | Charter Communications c/o Enhanced Recovery Co. P.O. Boz 57547 Jacksonville, FL 32241 | | 0.00 | NA | NA | 0.00 |
| | Charter Communications 2701 Daniels St. Madison, WI 537185792 | | 100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Commonwealth Edison Bill Payment Center Chicago, IL 606680001 | | 250.00 | NA | NA | 0.00 |
| | Commonwealth Edison PO Box 767 Chicago, IL 60690 | | 0.00 | NA | NA | 0.00 |
| | Mutual Management 401 E. State St., 2d Floor Rockford, IL 61104 | | 450.00 | NA | NA | 0.00 |
| | Northpointe Physicians Services c/o Associated Collectors 113 W. Milwaukee St. Janesville, WI 53545 | | 0.00 | NA | NA | 0.00 |
| | Northpointe Physicians Services 5605 E. Rockton Rd. Roscoe, IL 61073 | | 75.00 | NA | NA | 0.00 |
| | Shriver, O'Neill & Thompson 515 N. Court St. Rockford, IL 61103 | | 2,900.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UIC Clinic c/o Creditors Protection Service 206 W. State St. Rockford, IL 61101 | | 0.00 | NA | NA | 0.00 |
| | UIC Clinic P.O. Box 4689 Rockford, IL 61110 | | 175.00 | NA | NA | 0.00 |
| 1 | BSLBV | 7200-000 | NA | 17,532.99 | 17,532.99 | 7,180.28 |
| 2 | Commonwealth Edison Company | 7200-000 | NA | 224.71 | 224.71 | 92.03 |
| 3 | Joyce O'Neill Austin | 7200-000 | NA | 2,865.41 | 2,865.41 | 1,173.47 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 29,150.00 | $ 20,623.11 | $ 20,623.11 | $ 8,445.78 |

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 14-82260 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | ANDREA M. VINCENT | | | | Date Filed (f) or Converted (c): | 07/22/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2014 |
| For Period Ending: | 09/23/2016 | | | | Claims Bar Date: | 07/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Cash | 1.00 | 0.00 | | 0.00 | FA |
| 2. Checking account at the Alpine Bank | 15.00 | 0.00 | | 0.00 | FA |
| 3. 4 rooms, TV, DVD, miscellaneous furniture | 500.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 6. Debtor injured November 2013 when a truck ran ov | 15,000.00 | 14,955.78 | | 35,000.00 | FA |
| 7. 2000 Honda Civic; Debtor paid $300.00 for it 4 y | 1,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $16,866.00        $14,955.78                    $35,000.00            $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE WAITING FOR 1 CHECK TO MEDICAL LIEN CLAIMANT FROM SETTLEMENT OF PERSONAL INJURY CASE TO CLEAR TRUSTEE'S ACCOUNT PRIOR TO PREPARATION OF FINAL REPORT.

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 07/31/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-82260 | Trustee Name: BERNARD J. NATALE |
| Case Name: ANDREA M. VINCENT | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8079 |
| | Checking |
| Taxpayer ID No: XX-XXX3978 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 09/23/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $14,895.55 | | $14,895.55 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $14,885.55 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.13 | $14,863.42 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.39 | $14,842.03 |
| 07/14/16 | 5001 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL  61107 | Distribution | | | $4,257.86 | $10,584.17 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. | ($4,250.00) | 2100-000 | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. | ($7.86) | 2200-000 | | |
| 07/14/16 | 5002 | BERNARD J. NATALE LTD 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENER ROCKFORD, IL  61107 | Distribution | | | $2,138.39 | $8,445.78 |
| | | BERNARD J. NATALE LTD | Final distribution representing a payment of 100.00 % per court order. | ($2,112.50) | 3110-000 | | |
| | | BERNARD J. NATALE LTD | Final distribution representing a payment of 100.00 % per court order. | ($25.89) | 3120-000 | | |
| 07/14/16 | 5003 | BSLBV Attn: Laura Baluch 6833 Stalter Drive Rockford, IL  61108 | Final distribution to claim 1 representing a payment of 40.95 % per court order. | 7200-000 | | $7,180.28 | $1,265.50 |

| | | |
|---|---|---|
| Page Subtotals: | $14,895.55 | $13,630.05 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-82260 | Trustee Name: BERNARD J. NATALE | |
| Case Name: ANDREA M. VINCENT | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX8079 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3978 | Blanket Bond (per case limit): $3,000.00 | |
| For Period Ending: 09/23/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/16 | 5004 | Commonwealth Edison Company 3 Lincoln Center Attn: Bankruptcy Department Oakbrook Terrace, IL  60181 | Final distribution to claim 2 representing a payment of 40.95 % per court order. | 7200-000 | | $92.03 | $1,173.47 |
| 07/14/16 | 5005 | Joyce O'Neill Austin 515 N. Court Street Rockford, IL  61103 | Final distribution to claim 3 representing a payment of 40.95 % per court order. | 7200-000 | | $1,173.47 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $14,895.55 | $14,895.55 |
| Less: Bank Transfers/CD's | $14,895.55 | $0.00 |
| Subtotal | $0.00 | $14,895.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $14,895.55 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $1,265.50 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-82260 | Trustee Name: BERNARD J. NATALE |
| Case Name: ANDREA M. VINCENT | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3978 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 09/23/2016 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/15 | 6 | MacCloskeyKesler & Associates LLP IOLTA Trust Account 308 W State Street Suite 200 Rockford, IL  61101 | Payment of Settlement Funds in PI Cause of Action | 1142-000 | $14,955.78 | | $14,955.78 |
| 01/07/16 | 6 | MacCloskeyKesler & Associates LLP 308 W State Street Suite 200 Rockford, IL  61101 | Payment of Settlement Funds in PI Cause of Action | 1142-000 | $20,044.22 | | $35,000.00 |
| 01/20/16 | 101 | MacCloskeyKesler & Associates LLP 308 W State Street Suite 200 Rockford, IL  61101 | Pymt of Special Counsel's Contingent Fees | 3210-000 | | $16,666.66 | $18,333.34 |
| 01/20/16 | 102 | MacCloskeyKesler & Associates LLP 308 W State Street Suite 200 Rockford, IL  61101 | Pymt of Special Counsel's Costs | 3220-000 | | $417.57 | $17,915.77 |
| 01/20/16 | 103 | Blue Cross Blue Shield | Pymt of Medical Lien | 4210-000 | | $2,790.46 | $15,125.31 |
| 01/20/16 | 104 | IHFS | Pymt of Medical Lien | 4210-000 | | $169.53 | $14,955.78 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $38.00 | $14,917.78 |
| 02/24/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $22.23 | $14,895.55 |
| 02/24/16 | | Transfer to Acct # xxxxxx8079 | Transfer of Funds | 9999-000 | | $14,895.55 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $35,000.00 | $35,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $14,895.55 |
| Subtotal | $35,000.00 | $20,104.45 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $35,000.00 | $20,104.45 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| | | |
|---|---|---|
| Page Subtotals: | $35,000.00 | $35,000.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66  - Checking Account | $35,000.00 | $20,104.45 | $0.00 |
| XXXXXX8079 - Checking | $0.00 | $14,895.55 | $0.00 |
| | $35,000.00 | $35,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $35,000.00 |
| Total Gross Receipts: | $35,000.00 |

Page Subtotals:                    $0.00          $0.00